312

FRED F. PETRONE, PETITIONER-PETITIONER, v. KEVIN
KENNEDY, RESPONDENT-RESPONDENT

See same case below: 75 *N. J. Super.* 295.

*Mr. Frederick M. Raffetto* and *Mr. Mortimer Wald* for the
petitioner.

*Mr. Samuel A. Bloom* for the respondent.

September 17, 1962. Denied.

ELIZABETH JONES, PETITIONER-RESPONDENT, v. CON-
TINENTAL ELECTRIC CO., INC., RESPONDENT-PETI-
TIONER.

See same case below: 75 *N. J. Super.* 76.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. John S. Giava* for the respondent.

September 17, 1962. Denied.